# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE RYAN UEHLING
_____/

MILLENNIUM LABORATORIES, INC.,

    Plaintiff,

  v.

ALLIED WORLD ASSURANCE COMPANY (U.S.), INC.,

    Defendant.

*Pending in the U.S. District Court for the Southern District of California, Case No. 3:12-cv-02280-H-KSC*

_____/

Case No. 1:14-mc-00009-AWI-SKO

**ORDER REASSIGNING CASE TO U.S. MAGISTRATE JUDGE BARBARA A. McAULIFFE**

On February 14, 2014, Defendant Allied World Assurance Company Inc. ("Allied World") initiated this action by filing a petition to compel Ryan Uehling to answer deposition questions and produce documents. (Doc. 1.) Allied World also filed a notice that this action is related to another case pending in this District, *In re Ryan Uehling*, Case No. 1:13-mc-00022-LJO-BAM.

Pursuant to U.S. District Court for the Eastern District of California's Local Rule 123, this action shall be reassigned to U.S. Magistrate Judge Barbara A. McAuliffe, who is the referral judge on the case listed above. In light of this reassignment, this case shall be designated as 1:14-mc-00009-AWI-BAM.

IT IS SO ORDERED.

   Dated: **February 19, 2014**         **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE