UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RYAN UEHLING<br>_____/ | CASE NO. MC F 14-0009 AWI SKO<br>**NEW CASE NO. MC F 14-0009 LJO BAM** |
| MILLENNIUM LABORATORIES | |
| Plaintiff, | **ORDER TO RELATE ACTIONS AND<br>TO REASSIGN JUDGES**<br>(Doc. 8.) |
| vs. | |
| ALLIED WORLD ASSURANCE<br>COMPANY (U.S.), INC., | |
| Defendant.<br>_____/ | |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *In re Ryan Uehling*, Case No. MC F 13-0022 LJO BAM. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

1

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Barbara A. McAuliffe with a new **CASE NO. MC F 14-0009 LJO BAM**.  All documents shall bear the new **CASE NO. MC F 14-0009 LJO BAM** and the reassignment to U.S. District Judge O'Neill and U.S. Magistrate Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **February 20, 2014**          **/s/ Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE

2