1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE RYAN UEHLING | CASE NO.  1:14-MC-00009-LJO-BAM |
| MILLENNIUM LABORATORIES, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.,<br><br>        Defendant.<br><br>*Pending in the United States District Court for the District of California  as Case No. 3:12-cv-02280-H-KSC* | **ORDER GRANTING MILLENNIUM LABORATORIES, INC.'S REQUEST TO SEAL DOCUMENTS** |

After consideration of the Request of Millennium Laboratories, Inc. ("Millennium") to file under seal: (1) excerpts from confidential deposition transcripts attached as exhibits to the declarations of Brian Fowler and Anthony J. Matera, respectively, in support of Millennium's Response to Allied World Assurance Company (U.S.), Inc.'s Motion to Compel Ryan Uehling to Answer Deposition Questions and Produce Documents (the "Response"), and (2) an unredacted version of the Response referencing information from these confidential deposition transcripts, and finding good cause shown, it is hereby **ORDERED** that Millennium's Request is **GRANTED**.  It is further **ORDERED** that, in accordance with Local Rule 141(e), Millennium shall provide the Clerk with copies of the unredacted Response and with copies of the

ORDER GRANTING MILLENNIUM'S
REQUEST TO SEAL

declarations of Brian Fowler and Anthony J. Matera including the confidential deposition

transcript excerpts that are exhibits thereto, and the Clerk shall file same under seal.

IT IS SO ORDERED.

Dated:    **February 24, 2014**         /s/ *Barbara A. McAuliffe*         
UNITED STATES MAGISTRATE JUDGE



ORDER GRANTING MILLENNIUM'S
REQUEST TO SEAL

1