UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RYAN UEHLING<br><br>MILLENNIUM LABORATORIES, INC.,<br><br>　　　　Plaintiff,<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.,<br><br>　　　　Defendant.<br><br>*Pending in the United States District Court for the Southern District of California as Case No. 3:12-cv-2280-H-KSC* | Case No. 1:14-mc-00009-LJO-BAM<br><br>**ORDER GRANTING DEFENDANT ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.'S REQUEST TO SEAL DOCUMENTS** |

After consideration of the Request of Defendant Allied World Assurance Company (U.S.) Inc. ("Allied World") to file under seal: (1) an unredacted version of the Memorandum of Points and Authorities in Support of Defendant Allied World Assurance Company (U.S.) Inc.'s Motion to Compel Ryan Uehling to Answer Deposition Questions and Produce Documents (the "Memorandum") and (2) an unredacted version of the Declaration of Robert Wiygul in Support of

[389141.1/5138.001]

1  Defendant Allied World Assurance Company (U.S.) Inc.'s Motion to Compel Ryan
2  Uehling to Answer Deposition Questions and Produce Documents (the
3  "Declaration"), and finding good cause shown, it is hereby **ORDERED** that Allied
4  World's Request is **GRANTED**.  It is further **ORDERED** that, in accordance with
5  Local Rule 141(e), Allied World shall provide the Clerk with copies of the
6  unredacted Memorandum and unredacted Declaration, and the Clerk shall file same
7  under seal.
8  IT IS SO ORDERED.

9
10     Dated:   **February 24, 2014**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE