# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Ryan Uehling | Case No. 1: 14-mc-00009-LJO-BAM |
| Millennium Laboratories, Inc., | **ORDER CONTINUING ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.'S MOTION TO COMPEL WITHOUT PREJUDICE** |
| Plaintiff, | |
| Allied World Assurance Company (U.S.) Inc., | |
| Defendants. | |
| *Pending in the United States District Court for the Southern District of California as Case No. 3: 12-cv-2280-H-KSC* | |

Currently before the Court is Allied World Assurance Company (U.S.) Inc.'s ("Allied World") Motion to Compel Ryan Uehling to Answer Deposition Questions and Produce Documents. (Doc. 13.) In a related proceeding currently before this Court – *In Re Ryan Uehling,* No. 13-mc-00022-LJO-BAM ("*Uehling I*") – Allied World has sought to intervene in order to obtain Mr. Uehling's sealed deposition transcript.

In *Uehling I,* Allied World and Mr. Uehling have stipulated to permit Allied World to intervene for the purpose of obtaining Mr. Uehling's sealed deposition transcript. The parties represent that Allied World's access to Mr. Uehling's sealed deposition will narrow the scope of issues presented in Allied World's motion to compel. Additionally, in consideration of Mr. Uehling's stipulation to Allied World's intervention, Allied World agreed to continue the hearing on Allied World's motion to compel and extend the time for Mr. Uehling to respond.

**ORDER**

Having considered the parties' stipulation in *Uehling I* and the entire record in this case, in the interest of judicial economy, this Court ORDERS as follows:

1. The hearing on Allied World's Motion to Compel (Doc. 13) is CONTINUED to April 4, 2014, at 9:00 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe;

2. On or before March 28, 2014, the parties shall file a joint discovery statement distilling the outstanding discovery issues and otherwise complying with Local Rule 251(c).

IT IS SO ORDERED.

Dated:   **March 10, 2014**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

**ORDER**