UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RYAN UEHLING | Case No. 1:14-mc-00009-LJO-BAM |
| MILLENNIUM LABORATORIES, INC., | **ORDER GRANTING DEFENDANT ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.'S REQUEST TO SEAL DOCUMENTS** |
| Plaintiff, | |
| ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., | |
| Defendant. | |
| *Pending in the United States District Court for the Southern District of California as Case No. 3:12-cv-2280-H-KSC* | |

After consideration of the Request of Defendant Allied World Assurance Company (U.S.) Inc. ("Allied World") to file under seal: (1) an unredacted version of the Joint Discovery Statement Regarding Allied World Assurance Company (U.S.) Inc.'s Motion to Compel Ryan Uehling to Answer Deposition Questions and Produce Documents (the "Joint Discovery Statement") and (2) an unredacted version of the Declaration of Robert Wiygul in Support of Defendant Allied World

1  Assurance Company (U.S.) Inc.'s Position in Joint Discovery Statement (the

2  "Declaration"), and finding good cause shown, it is hereby **ORDERED** that Allied

3  World's Request is **GRANTED**.  It is further **ORDERED** that, in accordance with

4  Local Rule 141(e), Allied World shall provide the Clerk with copies of the

5  unredacted Joint Discovery Statement and unredacted Declaration, and the Clerk

6  shall file same under seal.

7        It is **SO ORDERED**.

8
9  IT IS SO ORDERED.

10   Dated:   **March 31, 2014**              /s/ *Barbara A. McAuliffe*     _
                                        UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                   2